UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Daniel Lafitte Dumonde,**<br><br>Petitioner,<br><br>v.<br><br>**Warden D. Drew,** *et al.***,**<br><br>Respondents. | Civil Action No.  07-0629 (JDB) |

# ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that this case is **DISMISSED** for want of jurisdiction.  This is a final appealable Order.

                                                      s/
                                     JOHN D. BATES
                             United States District Judge

Dated: April 10, 2007