# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT



**No. 07-5151**                                   **September Term, 2007**

07cv00629

**Filed On:**

Daniel Lafitte Dumonde,
    Appellant

v.

D. Drew, Warden, et al.,
    Appellees

```
UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED    OCT 2 5 2007

                CLERK
```

### ORDER

Upon consideration of appellant's motion for case status, it is

**ORDERED** that the motion be granted. This appeal is held in abeyance pending the district court's disposition of appellant's motion to proceed on appeal in forma pauperis, filed in the district court on June 7, 2007. Consideration of appellant's request for a certificate of appealability from this court, and his motion to convert habeas corpus issues to mandamus, are thus deferred pending the district court's disposition of the motion to proceed in forma pauperis.

The Clerk is directed to transmit a copy of this order to appellant by whatever means necessary to ensure receipt. The Clerk is further directed to transmit a copy of this order to the district court.

                                                 **FOR THE COURT:**
                                                 Mark J. Langer, Clerk

                                   BY:
                                                 Mark Butler
                                                 Deputy Clerk